An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK COUNTY, NEVADA; BOARD OF COMMISSIONERS OF CLARK COUNTY, NEVADA; SUSAN BRAGER, CLARK COUNTY, NEVADA COMMISSIONER; STEVE SISOLAK, CLARK COUNTY, NEVADA COMMISSIONER; TOM COLLINS, CLARK COUNTY, NEVADA COMMISSIONER; LARRY BROWN, CLARK COUNTY, NEVADA COMMISSIONER; LAWRENCE WEEKLY, CLARK COUNTY, NEVADA COMMISSIONER; CHRIS GIUNCHIGLIANI, CLARK COUNTY, NEVADA COMMISSIONER; MARY BETH SCOW, CLARK COUNTY, NEVADA COMMISSIONER; AND DON BURNETTE, CLARK COUNTY, NEVADA MANAGER,
Appellants,
vs.
SOUTHERN NEVADA HEALTH DISTRICT,
Respondent.

No. 63523

FILED

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

On April 4, 2014, the parties filed in this court a stipulation agreeing to dismiss this appeal with the parties to bear their own costs and attorney fees. We approve the stipulation and dismiss this appeal. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-11487

cc:    Hon. Elissa F. Cadish, District Judge
Kolesar & Leatham, Chtd.
Alan J. Lefebvre
Marquis Aurbach Coffing
Eighth District Court Clerk